United States District Court
Southern District of Texas
**ENTERED**
November 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERNEST JEWEL HICKAM IV, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-03133 |
| | § | |
| OFFICE OF PERSONNEL MANAGEMENT, *et al.,* | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 28, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 42. Judge Edison filed a Memorandum and Recommendation on October 18, 2024, recommending that Defendants Houston Independent School District and Gianni Ledezma's Motion to Dismiss (Dkt. 43) and Defendant Office of Personnel Management's Motion to Dismiss (Dkt. 44) be **GRANTED**. *See* Dkt. 47.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

2

(1) Judge Edison's Memorandum and Recommendation (Dkt. 47) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' motions to dismiss (Dkts. 43, 44) are **GRANTED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on November 5, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE